# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | | |
|---|---|---|
| Cathy Cannon | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.  3:14-cv-00042-JGH |
| | ) | |
| Cavalry SPV I, LLC, *et al.* | ) | |
|     *Defendant* | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that the parties have reached a settlement agreement resolving all issues raised in this action. Each Party is responsible for her or its costs and fees. Therefore, Plaintiff is Dismissing with Prejudice her Complaint. The Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement and Release.

Respectfully Submitted,

/s/  James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com